|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | PRIORITY SEND<br>JS-6 |

## CIVIL MINUTES -- GENERAL

Case No.   **CV 10-5020-JFW (AGRx)**                                               Date:  September 8, 2010

Title:     Judith Connolly -v- Los Angeles Confidential Magazine, et al.

**PRESENT:**

   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

   Shannon Reilly                                  None Present
   Courtroom Deputy                                Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
              None                                              None

**PROCEEDINGS (IN CHAMBERS):**     ORDER DISMISSING ACTION WITHOUT PREJUDICE

   As a result of the plaintiff's failure to cooperate in the preparation of the Joint Rule 26(f) Report as required by the Court's Order of July 1414, 2010, this action is hereby **DISMISSED without prejudice**.  The Scheduling Conference, currently on calendar for September 13, 2010, is **VACATED**.  See Fed. R. Civ. P. 41(b); see also *Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

   IT IS SO ORDERED.

(Rev. 5/19/10)                                                                          Initials of Deputy Clerk   sr